IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:10-CR-00015-D-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | (Under Seal) |
| DARYL LEE GODETTE, JR., | ) | |
| | ) | |
| Defendant. | ) | |

Upon motion of the United States, it is hereby ORDERED Docket Entry Number 82 be sealed until such time as requested to be unsealed by the United States Attorney.

It is FURTHER ORDERED that the Clerk provide a signed copy of the Order to the United States Attorney's Office.

IT IS SO ORDERED, this the 14 day of August, 2015.

JAMES C. DEVER III
Chief United States District Judge