UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 2:10-CR-15-2D

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DARYL LEE GODETTE, JR. | ORDER TO SEAL |

On motion of the Defendant, Daryl Lee Godette, Jr, and for good cause shown, it is hereby ORDERED that the **[DE 79]** be sealed until further notice by this Court.

SO ORDERED. This **8** day of November 2016.

*JAMES C. DEVER III*
Chief United States District Judge