IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:10-cr-15-D-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DARYL LEE GODETTE, JR., | ) | |
| Defendant. | ) | |

This matter comes before the Court on the United States of America's motion to seal its filed Response to the Defendant's Motion to Seal located at Docket Entry 140. For good cause having been shown, the United States' motion is GRANTED. The Clerk of Court is DIRECTED to seal the Government's Response to the Defendant's Motion to Seal.

SO ORDERED this 31 day of July, 2025.

JAMES C. DEVER III
United States District Judge

1