IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
2:10-CR-15-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| DARYL LEE GODETTE, ) | |
| ) | |
| Defendant. ) | |

The United States SHALL file a response to defendant's motion to seal [D.E. 137] not later than September 19, 2025.

SO ORDERED. This the 18 day of August, 2025.

JAMES C. DEVER III
United States District Judge