IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
2:10-CR-15-D

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>DARYL LEE GODETTE, JR., )<br>)<br>Defendant. )<br>) | ORDER |

The court GRANTS defendant's motion to seal docket entry 91. The court DENIES defendant's motion to seal the entire case. See United States v. Doe, 962 F.3d 139, 145 (4th Cir. 2020); [D.E. 140].

SO ORDERED. This 20 day of August, 2025.

JAMES C. DEVER III
United States District Judge