## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## NORTHERN DIVISION
## No. 2:10-CR-15

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DARYL LEE GODETTE, JR., | ) | |
| | ) | |
| Defendant. | ) | |

The United States SHALL respond to defendant's motion for order directing alternative mailing and renewed motion to seal [D.E. 146, 147] not later than May 15, 2026.

SO ORDERED. This 30 day of March, 2026.

JAMES C. DEVER III
United States District Judge

Case 2:10-cr-00015-D    Document 149    Filed 03/30/26    Page 1 of 1