UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTII CAROLINA
NORTHERN DIVISION
NO. 2:10-CR-15-D

UNITED STATES OF AMERICA    )
    )
    v.    )    ORDER
    )
DARYL LEE GODETTE, JR.,    )
    )
    Defendant.    )

This matter comes before the Court on the Government's motion to seal its filed Omnibus Response at Docket Entry [ D. E. 155, D. E. 156 ] to Defendant's Motions at Docket Entries 146 and 147, and the Government's motion to seal and the supporting memorandum.

For good cause having been shown, the Government's motion is GRANTED. The Clerk of Court is DIRECTED to seal the Government's Omnibus Response at Docket Entry [ D. E. 155, D. E. 156 ] to Defendant's Motions at Docket Entries 146 and 147, and the Government's motion to seal and the supporting memorandum.

SO ORDERED this _16_ day of July 2026.

_____
JAMES C. DEVER III
United States District Judge