IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:10-CR-15-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| DARYL LEE GODETTE, JR., | ) | |
| | ) | |
| Defendant. | ) | |

The court has reviewed the record and governing law, including the United States' omnibus response [D.E. 155]. The court DENIES as meritless defendant's motion for order directing alternative mailing and to seal [D.E. 146], GRANTS defendant's motion to seal [D.E. 147], and DENIES defendant's request to seal the entire docket.

SO ORDERED. This *16* day of July, 2026.

JAMES C. DEVER III
United States District Judge